UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

---

CATRIONA ELIZABETH NETHERCOTT-BOULINZANN,

6:22-cv-01722-AR

Plaintiff,

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

----------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff, Catriona Elizabeth Nethercott-Boulinzann, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

**IT IS HEREBY ORDERED** that attorney fees and expenses in the amount of Eight Thousand Eight Hundred Eighty-Four Dollars and Thirty-Three Cents ($8,884.33) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

1. Plaintiff is awarded $8,864.62 for attorney's fees and paralegal services under 28 U.S.C. § 2412(d);

2. Plaintiff is awarded $19.71 in expenses for certified mailings related to this civil action.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Edward A. Wicklund. Any costs may be paid either by electronic fund transfer (EFT) or by check.

Whether the check is made payable to Plaintiff or to Edward A. Wicklund, the check shall be mailed to Edward A. Wicklund at the following address:

250 South Clinton Street
Suite 210
Syracuse, NY 13202


So ordered.


Date: July 1, 2024

_____
Hon. Jeff Armistead
United States Magistrate Judge



[Proposed Order proffer: Edward A. Wicklund; copy to Tyler J. Wetzel]